THE HONORABLE FRANKLIN D. BURGESS

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. CR06-5232FDB |
| ) | |
| v. ) | |
| ) | DEFENDANT FLAKE'S |
| GUY V. FLAKE, ) | ORDER ON MOTION TO EXTEND |
| ) | PRETRIAL MOTIONS DEADLINE |
| Defendant. ) | AND FOR CONTINUANCE OF |
| ) | TRIAL DATE |

Before this court is the defendant's motion for extension of the pretrial motions deadline presently scheduled for May 26, 2006, and continuance of trial date presently scheduled for July 3, 2006. The court finds, after a consideration of all relevant information and the circumstances of this case, that without this continuance, this case would be prejudiced, and the ability to properly prepare for pretrial motions and trial would be impaired.

The Court finds further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and

LAW OFFICES OF
**KRUPA & CLARK, P.S.**
1008 SOUTH YAKIMA AVENUE, SUITE 100
TACOMA, WASHINGTON 98405
(253) 573-1000

FAX (253) 428-0330

that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

For these reasons, the court finds the defendant's motion for extension of the pretrial motions deadline, and motion for continuance of the trial date should be granted. The previously scheduled pretrial motions deadline is hereby VACATED.

The pretrial motions deadline shall be RESCHEDULED to August 7, 2006, and trial date be CONTINUED to September 25, 2006.

IT IS FURTHER ORDERED the period of time from the current trial date of July 3, 2006, up to and including the new trial date of September 25, 2006, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DONE this 1st day of June, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

By: /s/ Michael S. Clark
Michael S. Clark, WSBA #23035
Attorney for Guy Flake

U.S. ATTORNEY'S OFFICE
By: Approved Telephonically
Janet Freeman
Assistant U.S. Attorney

LAW OFFICES OF
**KRUPA & CLARK, P.S.**
1008 SOUTH YAKIMA AVENUE, SUITE 100
TACOMA, WASHINGTON 98405
(253) 573-1000

FAX (253) 428-0330