THE HONORABLE JUDGE BURGESS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR06-5232FDB |
| Plaintiff, | |
| vs. | **ORDER TO DELAY VOLUNTARY SURRENDER DATE** |
| GUY V. FLAKE, | |
| Defendant | |

THIS MATTER having come before the Court on the motion of the defendant to delay the voluntary surrender date, and the Court having reviewed the motion, and the records and files herein, it is now therefore

ORDERED that the voluntary surrender date of March 1, 2007, be extended to Tuesday, March 20, 2007, no later than 12:00 noon, at FDC Seatac.

**DATED** this 28th day of February, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER TO DELAY VOL. SURR. DATE- 1